FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0496

_____

IN THE MATTER OF:

AUSTIN MILES KNUDSEN,

An Attorney at Law,

Respondent.

O R D E R

_____

IT IS ORDERED that the District Court Judges Jessica T. Fehr, Rod Souza, Luke Berger, Gregory L. Bonilla, and Paul Sullivan, will sit in the above-entitled cause in the place of Supreme Court Justices Jim Rice, Ingrid Gustafson, Beth Baker, Laurie McKinnon, and James Jeremiah Shea, who have recused themselves.

The Clerk of this Court shall give notice of this Order to all counsel of record and to District Court Judges Jessica T. Fehr, Rod Souza, Luke Berger, Gregory L. Bonilla, and Paul Sullivan.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 14 2025